LAW OFFICES OF
## MONTFORT, HEALY, MCGUIRE & SALLEY LLP

JAMES M. MURPHY
CHRISTOPHER T. CAFARO
JEFFREY D. PRESENT
MICHAEL J. BORANIAN

———

JONATHAN R. AMES
MICHAEL K. CHIN
MAGDA DEMOYA COYLE
MICHAEL A. GIAMBRONE
JACQUELINE K. IAQUINTA
VINCENT IERACI
HUGH J. LARKIN
JOHN W. PERSONS

840 FRANKLIN AVENUE
P.O. BOX 7677
GARDEN CITY, NEW YORK, 11530-7677

TELEPHONE: (516) 747-4082
TELECOPIER: (516) 746-0748

e-mail: montfort@mhms-law.com
url: www.mhms-law.com

COUNSEL

MICHAEL A. BARANOWICZ
FRANK J. CAFARO
JOSEPH R. CRAFA
JOHN W. HOEFLING
DONALD S. NEUMANN, JR.
JOHN KENNETH RODE

December 2, 2022

**Via ECF Filing**
Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
Long Island Court House
100 Federal Plaza
Central Islip, New York 11722

> Re:   Parker v. IVF
>       Docket No.: 19-cv-06945(JS)(JMW)
>       Our File No.: 28-24035

Dear Judge Wicks:

In response to the Court Order directing that the parties file a Joint Status Letter on or before December 2, 2022, please be advised that the Mediation has not yet been scheduled. On November 2, 2022 I wrote to the Mediator requesting available dates to conduct the Mediation; however, the Mediator, Richard P. Byrne, Esq. advised that he was reluctant to proceed with Mediation with a *pro se plaintiff*.

I have advised plaintiff that the defendants have a no pay position and that the only thing we had hoped to accomplish at Mediation was to be able to convince him to discontinue the action without costs. Plaintiff has made clear that he is not inclined to discontinue this matter. Accordingly, we do not believe that Mediation will serve any purpose.

Plaintiff has renewed his request that we reproduce the discovery exchanged by the parties that's not available on the docket since he has been unsuccessful in securing it from his former attorney. Plaintiff has requested that the file be produced on a USB thumb drive or via a file sharing link. I have resisted this request because there are numerous lengthy videos that we would be required to reproduce, together with the voluminous paper discovery. I have advised that we would make the file available at my

Parker v. IVF
December 2, 2022
Page Two


office for plaintiff and prospective counsel to review.  Alternatively, I would request that the court order that plaintiff's former attorney promptly produce his file.

       Given this dispute, plaintiff requests a conference to resolve this issue so that plaintiff can move forward with attempting to retain counsel for trial.

       Very truly yours,

       MONTFORT, HEALY, McGUIRE & SALLEY LLP

       James M. Murphy

JMM/dm
cc:    John Parker – joshuaprince913@gmail.com
       bklein@kleincivilrights.com