# Fwd: Activity in Case 2:19-cv-06945-JS-JMW Parker v. Incorporated Village of Freeport et al Status Conference

1 message

**Montfort Healy** <mhms.law@gmail.com>                                    Wed, Feb 15, 2023 at 6:23 PM
To: joshuaprince913@gmail.com
Cc: "James M. Murphy" <JAMES_MURPHY@mhms-law.com>

---------- Forwarded message ---------
From: <ecf_bounces@nyed.uscourts.gov>
Date: Wed, Feb 15, 2023 at 3:51 PM
Subject: Activity in Case 2:19-cv-06945-JS-JMW Parker v. Incorporated Village of Freeport et al Status Conference
To: <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/15/2023 at 3:51 PM EST and filed on 2/15/2023
**Case Name:**      Parker v. Incorporated Village of Freeport et al
**Case Number:**    2:19-cv-06945-JS-JMW
**Filer:**
**Document Number:** 34

**Docket Text:**
**Minute Order for proceedings held before Magistrate Judge James M. Wicks: CIVIL CAUSE FOR STATUS CONFERENCE. Pro Se Plaintiff: John Parker, appearing *Pro Se*. Counsel for Defendant: James M. Murphy. Status Conference held on 2/15/2023 at 3:00 PM. Pro Se Plaintiff advised the Court that he has not retained a new attorney and therefore the case is ready to proceed to trial. No request was made to re-open discovery. The case is marked as trial ready and respectfully returned to Judge Joanna Seybert for purposes of scheduling trial. THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court. Counsel for Defendants is to serve copies of this order upon Plaintiff and file proof of service on ECF. (FTR Log #2:56-2:59 (Video).) (DF)**

**2:19-cv-06945-JS-JMW Notice has been electronically mailed to:**

James M. Murphy      montfort@mhms-law.com, jmurphy@mhms-law.com, mhms.law@gmail.com

Richard P. Byrne      rbyrne@lbcclaw.com

**2:19-cv-06945-JS-JMW Notice will not be electronically mailed to:**

John Parker

225 Stewart Avenue
Hempstead CNY, 11550

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/15/2023] [FileNumber=17618433-0]
[a832cfedd44bfcdeffc2dadc0c08c9189bb03fd1163fef6f7d36ee8f0739c353c8bb
2410ec6519c76ff63ad212b00abc93e87f5a50dbec34747b6023a0b151b8]]

--
Jennifer Bryant
(516)281-1840
jen@mhms-law.com
mhms.law@gmail.com

Montfort, Healy, McGuire & Salley LLP
840 Franklin Avenue
Garden City, NY  11530-7677
montfort@mhms-law.com
Tel (516) 747-4082
Fax (516) 746-0748

---

**parker.34.pdf**
152K